IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1078 (LPS) |
| ) | |
| MOTOROLA MOBILITY HOLDINGS, INC. ) | |
| and MOTOROLA MOBILITY, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT MOTOROLA MOBILITY HOLDINGS, INC. AND STIPULATION OF SUBSTITUTION OF MOTOROLA MOBILITY LLC FOR MOTOROLA MOBILITY, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Clouding IP, LLC ("Clouding") and Motorola Mobility Holdings LLC (f/k/a Motorola Mobility Holdings, Inc.), pursuant to Federal Rule of Civil Procedure 41(A)(ii), that the claims in the above-captioned case asserted against Defendant Motorola Mobility Holdings, Inc. be, and hereby are, dismissed without prejudice.

IT IS FURTHER STIPULATED by and between Clouding and Motorola Mobility LLC ("MMLLC") (f/k/a Motorola Mobility, Inc. ("MMI")), subject to the approval of the Court, pursuant to Rules 15(a)(2) and 41(a)(2) of the Federal Rules of Civil Procedure, that the Complaint filed in the above captioned matter at D.I. 1 is hereby amended to substitute MMLLC as defendant in place of MMI. MMI is hereby dismissed from this action and shall be removed as a party from the docket and all subsequent papers filed in this action. The Complaint's allegations concerning MMI shall be deemed to be directed to MMLLC. This substitution and dismissal is made without prejudice.

2

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (sb4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (vt5398) | P.O. Box 1347 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE  19899 |
| P.O. Box 25130 | (302) 658-9200 |
| Wilmington, DE  19801 | jblumenfeld@mnat.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendants* |
| vtiradentes@bayardlaw.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of October 2012.


_____
                                                    J.