**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>V.<br><br>GOOGLE INC. | C.A. No. 12-0639-LPS |
| CLOUDING IP, LLC,<br><br>V.<br><br>AMAZON.COM INC. ET AL. | C.A. No. 12-0641-LPS |
| CLOUDING IP, LLC,<br><br>V.<br><br>ORACLE CORPORATION | C.A. No. 12-0642-LPS |
| CLOUDING IP, LLC,<br><br>V.<br><br>RACKSPACE HOSTING, INC., ET AL. | C.A. No. 12-0675-LPS |
| CLOUDING IP, LLC,<br><br>V.<br><br>MOTOROLA MOBILITY, LLC | C.A. No. 12-1078-LPS |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' First Set of Common Interrogatories to Plaintiff Clouding IP, LLC* were caused to be served on March 6, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire  
Stephen B. Brauerman, Esquire  
Vanessa R. Tiradentes, Esquire  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801  

*VIA ELECTRONIC MAIL  
and HAND DELIVERY*

Marc. A. Fenster, Esquire  
Jordan Kushner, Esquire  
RUSS, AUGUST & KABAT  
12424 Wilshire Boulevard, 12th Floor  
Los Angeles, CA  90025  

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@mnat.com  

*Attorneys for Google Inc. and Motorola Mobility LLC*

OF COUNSEL:

Matthew M. Wolf  
Nicholas J. Nowak  
ARNOLD & PORTER LLP  
555 Twelfth Street, NW  
Washington, DC 20004-1206  
(202) 942-5000  

Michael A. Berta  
ARNOLD & PORTER LLP  
Three Embarcadero Center, 7th Floor  
San Francisco, CA 94111-4024  
(415) 471-3100  

March 6, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Marc. A. Fenster, Esquire<br>Jordan Kushner, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)