**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CLOUDING IP, LLC,

    Plaintiff,

       v.

MOTOROLA MOBILITY LLC,

    Defendant.

C.A. No. 12-1078 (LPS)

JURY TRIAL DEMANDED

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff and Defendant have reached a resolution of this case.  As part of this resolution, the parties have agreed to the entry of this Stipulation of Dismissal with Prejudice, including the terms and conditions set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, as follows:

1.    The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulation of Dismissal.

2.    This Stipulation of Dismissal shall be binding upon and shall inure to the benefit of Plaintiff and Defendant and each of their respective licensees, subsidiaries, corporate parents, affiliates, and/or successors and assigns.

3.    Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney fees or any other expenses associated with the matters being settled here.

4.    This action is hereby fully DISMISSED WITH PREJUDICE.

BAYARD, P.A.                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Stephen B. Brauerman (sb4952)              /s/ Jack B. Blumenfeld
Richard D. Kirk (rk0922)                        Jack B. Blumenfeld (#1014)
Stephen B. Brauerman (sb4952)                   1201 North Market Street
Vanessa R. Tiradentes (vt5398)                  P.O. Box 1347
Sara E. Bussiere (sb5725)                       Wilmington, DE 19899
222 Delaware Avenue, Suite 900                  (302) 658-9200
P.O. Box 25130                                  jblumenfeld@mnat.com
Wilmington, DE 19899
(302) 655-5000                                  *Attorneys for Defendant Motorola Mobility LLC*
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*